**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CASEY JOE BAGWELL #501926** | **CASE NO. 3:26-CV-01495 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **J D DRISKELL ET AL** | **MAG. JUDGE MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Casey Joe Bagwell's claims be **DISMISSED WITHOUT PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 17th day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE